

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00241-CR

ISREAL SANTIAGO, Appellant

§ On Appeal from Criminal District Court No. 2

§ of Tarrant County (1650653)

V.

§ August 28, 2025

§ Memorandum Opinion by Justice Birdwell

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case. We correct the bill of costs to reflect the judgment's special finding that Isreal Santiago's reimbursement fees of $185 are "to be credited for time served." It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell